# United States Court of Appeals
### For the Eighth Circuit
_____

No. 24-2952
_____

Robert Carmelo Torre

*Plaintiff - Appellant*

v.

State of California, California Department of Justice; Gavin Christopher Newsom, Governor, Office of Governor; Rob Andres Bonta, Attorney General, Department of Justice; Selvi C. Stanislaus, Executive Officer, Franchise Tax Board

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of South Dakota
_____

Submitted: March 18, 2025
Filed: March 21, 2025
[Unpublished]
_____

Before BENTON, GRASZ, and KOBES, Circuit Judges.
_____

PER CURIAM.

South Dakota resident Robert Torre appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action. After careful de novo review of the record and the parties' arguments on appeal, we find no basis for reversal. *See Levy v. Ohl*, 477 F.3d 988, 991 (8th Cir. 2007) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Charles B. Kornmann, United States District Judge for the District of South Dakota.